# Office of the Clerk

United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

July 19, 2016

Jeremy Clark, 301538
Wisconsin Resource Center
1505 North Dr.
P.O. Box 220
Winnebago, WI 54985-0220

      Re:   Clark, Jeremy v. Mink, Angela et al; 16-cv-108-bbc

Dear Mr. Clark:

    This will acknowledge receipt of your letter dated July 18, 2016, in which you request a copy of the motion for summary judgment (dockets 13, 14, 15, 16, 17 and 18) that you filed in the above case.

    With your letter, you enclosed a check for $1.60; however, that amount doesn't cover the entire cost for the copies that you request. The page count for the motion for judgment and supporting documents is 25 pages, not 16 pages. At the indigent rate for copies of $0.10 per page, you owe an additional $0.90.

    Please find your requested copies enclosed (25 pages); however please submit a check or money order made payable to Clerk, U.S. District Court in the amount of $0.90 for the remaining amount along with the lower portion of this correspondence as soon as possible.

                        PETER OPPENEER, Clerk of Court,

                        By:___/s/_____
                            Deputy Clerk

cc:   AAG Finkelmeyer (via CM/ECF)

                Please detach and Include with your payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Name:  Jeremy Clark

Case #/Case Name:   Clark, Jeremy v. Mink, Angela et al; 16-cv-108-bbc

Copies Requested:  Balance due

Number of Pages:   9   x   $.10   =   $ 0.90